Harris & Ruble
ALAN HARRIS (SBN 146079)
DAVID ZELENSKI (SBN 231768)
5455 Wilshire Boulevard, Suite 1800
Los Angeles, CA 90036
Telephone: (323) 931-3777
Facsimile: (323) 931-3366

Attorneys for Plaintiffs

**ORIGINAL**

*[Filed stamp: CLERK US DISTRICT COURT, MAY 14 2007, CENTRAL DISTRICT OF CALIFORNIA, BY DEPUTY]*

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEVIN DOTY and SARAH DOTY, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>COSTCO WHOLESALE CORPORATION and DOE ONE through and including DOE ONE-HUNDRED,<br><br>Defendants. | No. CV-05-3241 FMC (JWJx)<br><br>[~~PROPOSED~~] **ORDER RE PLAINTIFFS' REQUEST FOR ATTORNEYS' FEES AND REIMBURSEMENT OF COSTS** |

This matter having come before the Court for hearing on May 14, 2007, pursuant to the December 11, 2006, Order Preliminarily Approving Class Action Settlement and Providing for Class Notice ("Preliminary Approval Order"), on the motion of Class Counsel for attorneys' fees and reimbursement of costs in connection with this class action, and due and adequate notice having been given to the Settlement Class as required by the Preliminary Approval Order, and the Court having considered all papers filed and proceedings had herein and otherwise being fully informed, and good cause appearing therefore, it is:

[PROPOSED] ORDER GRANTING AWARD OF ATTORNEYS' FEES AND COSTS

*[Stamp: DOCKETED ON CM, MAY 14 2007]*

1 **ORDERED, ADJUDGED AND DECREED** that:

2     1.    All terms used herein shall have the same meaning as defined in

3 the Memorandum of Understanding filed as Exhibit 1 to the November 15, 2006

4 Declaration of Alan Harris in Support of Motion for Conditional Certification of

5 Settlement Class, Preliminary Approval of Settlement, and Approval of Settlement

6 Administrator.

7     2.    Pursuant to the Memorandum of Understanding, Class Counsel,

8 Harris & Ruble, has requested an award of attorneys' fees and costs in the total

9 amount of $1,907,168.67, consisting of fees in the amount of $1,875,000 and costs

10 in the amount of $32,128.67, payable from the Gross Fund Value of $7,500,000 as

11 described in Paragraph 8 of the Memorandum of Understanding. The Court, being

12 fully advised, hereby awards Class Counsel the total amount of

13 $ _1,907,168.07_, representing $ _1,875,000_ in attorneys' fees and

14 $ _32,128.67_ in reimbursement of litigation costs. The award of fees and

15 costs is based on the Court's findings that: (a) the amounts awarded are fair and

16 reasonable under the circumstances; and (b) no Settlement Class Member has

17 objected to Class Counsel's request. The Court hereby directs the Class

18 Administrator to pay Class Counsel the amount so awarded as provided in the

19 Memorandum of Understanding and this Order.

20 **IT IS SO ORDERED.**

21

22 DATED: May _14_, 2007

23                                   Hon. Florence-Marie Cooper
                                  United States District Judge

**APPROVED AS TO FORM:**

DATED: May 14, 2007

Harris & Ruble

By: _____
Alan Harris, Esq.
Counsel for the Representative
Plaintiffs and the Class

DATED: May 14, 2007

Seyfarth Shaw LLP

By: _____
Christopher Crosman, Esq.
Counsel for Defendant

Counsel for Defendant

[PROPOSED] ORDER GRANTING ATTORNEYS' FEES, COSTS AND ENHANCEMENT AWARD

3